# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0727

VERSUS

KEVINONTAE ROSS

**SEPTEMBER 8, 2025**

---

In Re:    Kevinontae Ross, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 619102.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**  The record of the Lafourche Parish Office of the Clerk of Court shows that relator was indicted in this case by a grand jury on May 1, 2023, prior to his arrest for the charge at issue in his writ of habeas corpus.  Therefore, a request for release under La. Code Crim. P. art. 701(B) is moot.  See **State v. Varmall**, 539 So.2d 45 (La. 1989) (*per curiam*); **State v. Neyland**, 2023-0811 (La. App. 1st Cir. 10/10/23), 2023 WL 6566061 (unpublished).

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT